UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.** |
| | : | |
| v. | : | |
| | : | |
| SHAILLY BARNES, | : | VIOLATION: |
| GRAYLAN S. ELLIS HAGLER, | : | 40 U.S.C. § 6135 |
| JIMMIE HAWKINS, | : | (Parades, Assemblages, and Display of |
| WILLIAM LAMAR, | : | Flags in the Supreme Court Building and |
| HERSHEY A. MALLETTE, | : | Grounds) |
| ROSALYN WOODWARD PELLES, | : | |
| NOAM SANDWEISS-BACK, | : | |
| ROBERT T. STEPHENS, and | : | |
| ELIZABETH THEOHARIS, | : | |
| | : | |
| **Defendants.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 11, 2018, within the District of Columbia, defendants, **SHAILLY BARNES, GRAYLAN S. ELLIS HAGLER, JIMMIE HAWKINS, WILLIAM LAMAR, HERSHEY A. MALLETTE, ROSALYN WOODWARD PELLES, NOAM SANDWEISS-BACK, ROBERT T. STEPHENS,** and **EIZABETH THEOHARIS**, did unlawfully parade, stand, or move in processions or assemblages on the Supreme Court Grounds, or display on the

Grounds a flag, banner, or device designed or adapted to bring into public notice a party, organization, or movement.

**(Parades, Assemblages, and Display Flags on the Supreme Court Grounds**, in violation of Title 40, United States Code, Section 6135)

Respectfully Submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: /s/ Lisa N. Walters
LISA N. WALTERS
D.C. Bar No. 974492
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7499
Lisa.Walters@usdoj.gov